110

LEISURE, ADMR., ET AL., APPELLANTS AND CROSS-APPELLEES, *v.* STATE FARM
MUTUAL AUTOMOBILE INSURANCE COMPANY; FARMERS INSURANCE OF
COLUMBUS, INC., APPELLEE AND CROSS-APPELLANT.

LEISURE, ADMR., ET AL., APPELLANTS AND CROSS-APPELLEES, *v.*
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,
APPELLEE AND CROSS-APPELLANT, ET AL.

[Cite as *Leisure v. State Farm Mut. Auto.
Ins. Co.* (2000), 89 Ohio St.3d 110.]

(Nos. 98–2110 and 98–2481—Submitted February
23, 2000—Decided June 7, 2000.)

---

*The Okey Law Firm, L.P.A., Steven P. Okey* and *Scott A Washam,* for
appellants and cross-appellees.

*Gallagher, Sharp, Fulton & Norman, D. John Travis* and *Gary L. Nicholson,*
for appellee and cross-appellant Farmers Insurance of Columbus, Inc.

*Davis & Young* and *Henry A. Hentemann,* for appellee and cross-appellant
State Farm Mutual Automobile Insurance Company.

*Betty D. Montgomery,* Attorney General, and *Sharon A. Jennings,* Assistant
Attorney General, urging affirmance for *amicus curiae* Ohio Attorney General, in
case No. 98–2110.

---

The court hereby, *sua sponte,* consolidates these two cases for disposition.

The judgments of the court of appeals are affirmed to the extent they vacated
the default judgments. The causes are remanded to the trial court with
instructions to permit plaintiffs to serve the Attorney General in accordance with
R.C. 2721.12 and *Cicco v. Stockmaster* (2000), 89 Ohio St.3d 95, 728 N.E.2d 1066.

MOYER, C.J., RESNICK, F.E. SWEENEY and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, J., concurs in judgment.

PFEIFER and COOK, JJ., dissent.

---

DOUGLAS, J., **concurring in judgment only.** While I agree with the ultimate resolution, I do not subscribe to the majority's reliance on *Cicco v. Stockmaster* (2000), 89 Ohio St.3d 95, 728 N.E.2d 1066, in disposing of this matter. I believe that *Cicco* was not properly decided and, accordingly, I continue to adhere to my dissent therein.